**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wine Country Store LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-3029285** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7 E Rose Street**<br>**Walla Walla, WA 99362-1927**<br>Number, Street, City, State & ZIP Code | **1948 Stillwater Drive**<br>**Walla Walla, WA 99362-8827**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Walla Walla**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.winecountrystore.com** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 1 of 62

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4451**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 2 of 62

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____      Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 3 of 62

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 4 of 62

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 14, 2026**

MM / DD / YYYY

**X** **/s/ Benjamin Kleban**

Signature of authorized representative of debtor

**Benjamin Kleban**

Printed name

Title  **Manager**

---

**18. Signature of attorney**

**X** **/s/ Richard B. Keeton**

Signature of attorney for debtor

Date  **April 14, 2026**

MM / DD / YYYY

**Richard B. Keeton**

Printed name

**Bush Kornfeld LLP**

Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**

Number, Street, City, State & ZIP Code

Contact phone  **206-292-2110**    Email address  **rkeeton@bskd.com**

**WSBA 51537 WA**

Bar number and State

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2026**
MM / DD / YYYY

X _____    **Benjamin Kleban** _____
Signature of authorized representative of debtor    Printed name

Title    **Manager**

**18. Signature of attorney**

X    **/s/ Richard B. Keeton** _____    Date **April 14, 2026**
Signature of attorney for debtor    MM / DD / YYYY

**Richard B. Keeton**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **206-292-2110**    Email address    **rkeeton@bskd.com**

**WSBA 51537 WA**
Bar number and State

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 6 of 62

# MEMBER RESOLUTIONS OF
# WINE COUNTRY STORE LLC

WHEREAS, Wine Country Store LLC, a Washington limited liability company (the "Company"), is experiencing significant financial challenges;

WHEREAS, Benjamin Kleban is a member holding 50% of the membership interests in the Company and is the manager of the Company (the "Managing Member"), and Jesse Kleban is a member holding the other 50% of the membership interests in the Company and also a manager of the Company (together with the Managing Member, the "Members");

WHEREAS, it is the opinion of the Members of the Company that the only reasonable and prudent response to the present circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Subchapter V of Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interests in the Chapter 11 proceeding.

NOW, THEREFORE, the Members have consented to and authorized the following actions to be taken on behalf of the Company:

RESOLVED, that the Company will employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other attorneys and professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that the undersigned Managing Member is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that the undersigned Managing Member is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

SIGNED this 14th day of April, 2026 at Walla Walla, Washington.

**WINE COUNTRY STORE LLC**

Benjamin Kleban
Its Member and Manager

**WINE COUNTRY STORE LLC**

Jesse Kleban
Its Member and Manager

# Balance Sheet

## Wine Country Store

### As of Mar 31, 2026

| | TOTAL |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| Cash | **$2,336.21** |
| Credit Card Receipts | 8,222.29 |
| Trust Accounts | **$145,826.41** |
| US Bank Checking | 318,396.62 |
| **Total for Bank Accounts** | **$474,781.53** |
| Accounts Receivable | **$1,847.29** |
| Other Current Assets | |
| Inventory Asset | **$85,525.38** |
| Prepaid Expenses | **$6,628.77** |
| QuickBooks Tax Holding Account | 4,792.89 |
| **Total for Other Current Assets** | **$96,947.04** |
| **Total for Current Assets** | **$573,575.86** |
| Fixed Assets | |
| Back Office Software | **$0.00** |
| Building Improvements | 26,998.49 |
| Buildings | 809,659.48 |
| Chevron Gas Price Sign | **$41,267.25** |
| Furniture & Fixtures | 192,771.38 |
| Land | 180,000.00 |
| Loan Fees | 35,653.29 |
| Tools, Machinery, & Equipment | **$16,882.66** |
| UST Equipment | **$318,960.89** |
| Website Domains | **$1,753.03** |
| **Total for Fixed Assets** | **$1,623,946.47** |
| Other Assets | |
| Security Deposits | 2,000.00 |
| **Total for Other Assets** | **$2,000.00** |
| **Total for Assets** | **$2,199,522.33** |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 8 of 62

# Balance Sheet

## Wine Country Store

### As of Mar 31, 2026

|  | TOTAL |
|---|---|
| **Liabilities and Equity** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | **$26,875.29** |
| Credit Cards | **$12,818.85** |
| Other Current Liabilities | |
| Ecology Liabilities - Spills | 4,892,410.71 |
| Ecology Liabilities - TCP | 973,077.65 |
| Gas Release 3rd Party Liabilities | 125,798.37 |
| Owner Account | 945.34 |
| Owner Interest | 38,996.90 |
| Payroll Liabilities | **$6,786.09** |
| Property Taxes Payable | 1,824.03 |
| WA Lottery | -3,737.15 |
| **Total for Other Current Liabilities** | **$6,036,101.94** |
| **Total for Current Liabilities** | **$6,075,796.08** |
| Long-term Liabilities | |
| 7 E Rose St Loan | 1,755,134.96 |
| Lender Legal Fees | 14,585.00 |
| **Total for Long-term Liabilities** | **$1,769,719.96** |
| **Total for Liabilities** | **$7,845,516.04** |
| Equity | |
| Shareholders' Equity | **-$73,209.79** |
| Retained Earnings | -5,437,818.10 |
| Net Income | -134,965.82 |
| **Total for Equity** | **-$5,645,993.71** |
| **Total for Liabilities and Equity** | **$2,199,522.33** |

# Profit and Loss

## Wine Country Store
### January 1-March 31, 2026

|  | TOTAL |
| --- | ---: |
| **Income** | |
| Sales | |
| Fuel | **$160,670.90** |
| Store | **$83,923.55** |
| **Total for Sales** | **$244,594.45** |
| Services | |
| Air / Water Machine Sales | 98.07 |
| Lottery Commissions | 416.04 |
| Tips Income | 276.40 |
| **Total for Services** | **$790.51** |
| **Total for Income** | **$245,384.96** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | |
| Fuel | **$131,979.83** |
| Store | **$49,058.03** |
| **Total for Cost of Goods Sold** | **$181,037.86** |
| **Total for Cost of Goods Sold** | **$181,037.86** |
| **Gross Profit** | **$64,347.10** |
| **Expenses** | |
| Advertising & Marketing | **$474.13** |
| Credit Card Processing Fees | 5,125.64 |
| General Business Expenses | **$2,533.56** |
| Insurance | **$6,585.78** |
| Office Expenses | **$1,221.90** |
| Payroll Expenses | **$73,158.25** |
| Repairs & Maintenance | 2,239.10 |
| Supplies | **$5,470.64** |
| Taxes Paid | **$2,873.90** |
| Utilities | **$6,842.15** |
| **Total for Expenses** | **$106,525.05** |
| **Net Operating Income** | **-$42,177.95** |
| **Other Income** | |
| Cancelled Debts | 166,457.48 |
| Credit Card Rewards | 624.16 |
| Fuel Supplier Incentives | -350.00 |
| Interest Earned | 907.20 |
| **Total for Other Income** | **$167,638.84** |
| **Other Expenses** | |
| Amortization Expenses | 36.51 |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 10 of 62

# Profit and Loss

## Wine Country Store

### January 1-March 31, 2026

|  | TOTAL |
|---|---|
| Cash Over / Short | 7.19 |
| Depreciation Expenses | 5,374.08 |
| Environmental Remediation | 216,017.48 |
| Fuel Inventory Over / Short | 72.77 |
| Inventory Adjustments | 173.53 |
| Legal Fees | 44,744.01 |
| Life Insurance | 260.31 |
| **Total for Other Expenses** | **$266,685.88** |
| **Net Other Income** | **-$99,047.04** |
| **Net Income** | **-$141,224.99** |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | **Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.**<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2024** |

For calendar year 2024 or tax year beginning _____, 2024, ending _____, 20____

| **A** S election effective date<br>07/13/2022 | **TYPE<br>OR<br>PRINT** | Name<br>Wine Country Store LLC | **D** Employer identification number<br>88-3029285 |
|---|---|---|---|
| **B** Business activity code<br>number (see instructions)<br><br>457100 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>1948 Stillwater Dr | **E** Date incorporated<br>07/13/2022 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>Walla Walla WA 99362 | **F** Total assets (see instructions)<br>$   383,750. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . .   2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 532,515. | **b** Less returns and allowances | **c** Balance | **1c** | 532,515. |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . | | | **2** | 410,132. |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . | | | **3** | 122,383. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . | | | **4** | |
| 5 | Other income (loss) (see instructions—attach statement) . . . . . . . . . | | | **5** | 350,185. |
| 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . | | | **6** | 472,568. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . . . . | **7** | |
| 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . | **8** | 87,647. |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . | **9** | 4,177. |
| 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . | **11** | 192,000. |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . . | **12** | 17,390. |
| 13 | Interest (see instructions) . . . . . . . . . . . . . . . . . | **13** | 13,516. |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 89,527. |
| 15 | Depletion **(do not deduct oil and gas depletion)** . . . . . . . . . . . | **15** | |
| 16 | Advertising . . . . . . . . . . . . . . . . . . . . . | **16** | 1,925. |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | **17** | |
| 18 | Employee benefit programs . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) . . . . . . . . | **19** | |
| 20 | Other deductions (attach statement)   See Statement . . . . . . . . . . | **20** | 638,526. |
| 21 | **Total deductions.** Add lines 7 through 20 . . . . . . . . . . . . . | **21** | 1,044,708. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 . . . . . . . . . . | **22** | −572,140. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 23a | Excess net passive income or LIFO recapture tax (see instructions) . . . | **23a** | |
| b | Tax from Schedule D (Form 1120-S) . . . . . . . . . | **23b** | |
| c | Add lines 23a and 23b (see instructions for additional taxes) . . . . . . . . . . | **23c** | |
| 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year . . . . . . . . . . . . . . . . . | **24a** | |
| b | Tax deposited with Form 7004 . . . . . . . . . . . . | **24b** | |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . | **24c** | |
| d | Elective payment election amount from Form 3800 . . . . . . . . | **24d** | |
| z | Add lines 24a through 24d . . . . . . . . . . . . . . . . . | **24z** | |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . ☐ | **25** | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed . . . | **26** | |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid . . . | **27** | |
| 28 | Enter amount from line 27: **Credited to 2025 estimated tax** _____ **Refunded** . | **28** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date<br>03/16/2025 | Title<br>Owner | May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No** |
|---|---|---|---|

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name   Self-Prepared | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

**For Paperwork Reduction Act Notice, see separate instructions.** BAA   Cat. No. 11510H   REV 03/12/25 Intuit.cg.cfp.sp   Form **1120-S** (2024)

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 12 of 62

| **Schedule B** | **Other Information** (see instructions) | | | **Yes** | **No** |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash    **b** ☒ Accrual

      **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

    **a** Business activity <u>Retail sales / web sales</u>   **b** Product or service <u>Gas and Convenience Store</u>

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . .     | ✕

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | ✕

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . .    | ✕

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . .    | ✕

    If "Yes," complete lines (i) and (ii) below.

    **(i)**    Total shares of restricted stock . . . . . . . . . . . . _____

    **(ii)**   Total shares of non-restricted stock . . . . . . . . . . . _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? .    | ✕

    If "Yes," complete lines (i) and (ii) below.

    **(i)**    Total shares of stock outstanding at the end of the tax year . . _____

    **(ii)**   Total shares of stock outstanding if all instruments were executed _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . .    | ✕

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐

    If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation (**a**) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (**b**) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . $_____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . .    | ✕

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . .    | ✕

   **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

   **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense.

   **c** The corporation is a tax shelter and the corporation has business interest expense.

     If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . .    | ✕

   **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

   **b** The corporation's total assets at the end of the tax year were less than $250,000.

     If "Yes," the corporation is not required to complete Schedules L and M-1.

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 13 of 62

| Schedule B | Other Information (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . $_____ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | × |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . | × | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | × |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . $_____ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . | | × |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . . . | 1 | −572,140. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . | 4 | 5,080. |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . . | 5a | |
| | | **b** Qualified dividends . . . . . . . . . 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . | 11 | |
| | 12a | Cash charitable contributions . . . . . . . . . . . . . . . . . | 12a | |
| | b | Noncash charitable contributions . . . . . . . . . . . . . . . | 12b | |
| | c | Investment interest expense . . . . . . . . . . . . . . . . . | 12c | |
| | d | Section 59(e)(2) expenditures . . . . . . Type: _____ | 12d | |
| | e | Other deductions (see instructions) . . . . Type: _____ | 12e | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | 13c | |
| | d | Other rental real estate credits (see instructions) Type: _____ | 13d | |
| | e | Other rental credits (see instructions) . . . Type: _____ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . Type: | 13g | |
| **Inter-national** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . | 15a | −205. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . | 16c | 1,041. |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . | 16f | |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 14 of 62

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | | Total amount |
|---|---|---|---|---|
| **17a** | Investment income . . . . . . . . . . . . . . . . . . . . . | | **17a** | 5,080. |
| **b** | Investment expenses . . . . . . . . . . . . . . . . . . | | **17b** | |
| **c** | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . | | **17c** | |
| **d** | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | | |

*Other Information*

| Recon-ciliation | **18** | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f . . . . . . . . . . | **18** | −567,060. |
|---|---|---|---|---|

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash . . . . . . . . . . . . . . | | 19,948. | | 72,611. |
| **2a** | Trade notes and accounts receivable . . . | | | 74. | |
| **b** | Less allowance for bad debts . . . . . . | ( ) | | ( ) | 74. |
| **3** | Inventories . . . . . . . . . . . . | | 90,512. | | 97,604. |
| **4** | U.S. government obligations . . . . . . | | | | |
| **5** | Tax-exempt securities (see instructions) . . | | | | |
| **6** | Other current assets (attach statement) . . . | | | | |
| **7** | Loans to shareholders . . . . . . . . | | | | |
| **8** | Mortgage and real estate loans . . . . . | | | | |
| **9** | Other investments (attach statement)Ln 9. St | | 6,862. | | 4,556. |
| **10a** | Buildings and other depreciable assets . . . | 23,735. | | 214,964. | |
| **b** | Less accumulated depreciation . . . . . | ( 19,667.) | 4,068. | ( 11,374.) | 203,590. |
| **11a** | Depletable assets . . . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . . . | ( ) | | ( ) | |
| **12** | Land (net of any amortization) . . . . . . | | 0. | | 0. |
| **13a** | Intangible assets (amortizable only) . . . . | 11,060. | | 13,251. | |
| **b** | Less accumulated amortization . . . . . | ( 11,060.) | 0. | ( 7,936.) | 5,315. |
| **14** | Other assets (attach statement) . . . . . | | | | |
| **15** | Total assets . . . . . . . . . . | | 121,390. | | 383,750. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable . . . . . . . . . | | 4,060. | | 317,062. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement)Ln 18 St | | 72,712. | | 62,194. |
| **19** | Loans from shareholders . . . . . . . | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) Ln 21 St. | | −26,007. | | 417,365. |
| **22** | Capital stock . . . . . . . . . . . | | | | |
| **23** | Additional paid-in capital . . . . . . . | | 276,489. | | 284,939. |
| **24** | Retained earnings . . . . . . Ln 25 St | | −206,594. | | −697,810. |
| **25** | Adjustments to shareholders' equity (attach statement) | | 730. | | |
| **26** | Less cost of treasury stock . . . . . . | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity . . | | 121,390. | | 383,750. |

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 15 of 62

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | |
|---|---|---|
| **1** Net income (loss) per books | -491,216. | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): | | |
| **a** Depreciation $ | | |
| **b** Travel and entertainment $ See M-1, Line 3 Stmt 4,728. | 4,728. | |
| **4** Add lines 1 through 3 | -486,488. | |

| | | |
|---|---|---|
| **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **a** Tax-exempt interest $ | | |
| **6** Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | | |
| **a** Depreciation $ 80,572. | 80,572. | |
| **7** Add lines 5 and 6 | 80,572. | |
| **8** Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -567,060. | |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year | -206,594. | 0. | 0. | 0. |
| **2** | Ordinary income from page 1, line 22 | | | | |
| **3** | Other additions   Interest income | 5,080. | | | |
| **4** | Loss from page 1, line 22 | ( 572,140.) | | | |
| **5** | Other reductions   Life insurance premiums | ( 1,041.) | | | ( ) |
| **6** | Combine lines 1 through 5 | -774,695. | 0. | 0. | 0. |
| **7** | Distributions | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 | -774,695. | 0. | 0. | 0. |

REV 03/12/25 Intuit.cg.cfp.sp                                                                          Form **1120-S** (2024)

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 16 of 62

Form **1125-A**

(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

**Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
**Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Wine Country Store LLC | 88-3029285 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 90,512 |
| 2 | Purchases | 2 | 417,224 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 507,736 |
| 7 | Inventory at end of year | 7 | 97,604 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions | 8 | 410,132 |

**9a** Check all methods used for valuing closing inventory. See instructions.

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (specify method used and attach explanation) _____

For certain small business taxpayers, alternative methods of accounting for inventories:

(iv) ☐ Non-incidental materials and supplies method

(v) ☐ AFS method

(vi) ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ☐

**d** (i) If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO **9d(i)** 

(ii) If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve . . . . **9d(ii)** 

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2023, if filing Form 1125-A for a small business taxpayer that uses an alternative method of accounting for inventories, check the applicable box on line 9a(iv) through 9a(vi). See the instructions for line 9.

## General Instructions

### Purpose of Form

Use Form 1125-A to figure and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065 must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1(a).

If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for small business taxpayers.** A small business taxpayer can account for inventory by treating the inventory as non-incidental materials and supplies (line 9a(iv)), or conforming to its treatment of inventory in an applicable financial statement (as defined in section 451(b)(3)) (line 9a(v)). If it does not have an applicable financial statement, a small business taxpayer can use the method of accounting used in its books and records prepared according to its accounting procedures (line 9a(vi)).

See the discussion on small business taxpayers in the instructions for your tax return. Also see sections 448(c) and 471(c).

For additional guidance on methods of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing methods of accounting, see Form 3115, Application for Change in Accounting Method, and the Instructions for Form 3115.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business and Pub. 225, Farmer's Tax Guide.

**For Paperwork Reduction Act Notice, see instructions. BAA** Cat. No. 55988R REV 03/12/25 Intuit.c Form **1125-A** (Rev. 11-2024)

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Schedule K-1 (Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2024**

For calendar year 2024, or tax year

beginning / / 2024  ending / /

# Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) **−286,070.** | **13** | Credits |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income **2,540.** | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Schedule K-3 is attached if checked . . . . . ☐ |
| **6** | Royalties | **15** | Alternative minimum tax (AMT) items **A −102.** |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | **16** | Items affecting shareholder basis **C 520.** |
| **10** | Other income (loss) | | |
| | | **17** | Other information **A 2,540.** |
| **11** | Section 179 deduction | | **V * STMT** |
| **12** | Other deductions | | |

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
88-3029285

**B** Corporation's name, address, city, state, and ZIP code
Wine Country Store LLC

1948 Stillwater Dr
Walla Walla WA 99362

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . _____
End of tax year . . . . . . . _____

| Part II | Information About the Shareholder |
|---|---|

**E** Shareholder's identifying number
[redacted]

**F1** Shareholder's name, address, city, state, and ZIP code
Benjamin Kleban

1948 Stillwater Dr
Walla Walla WA 99362

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:
TIN _____  Name _____
**F3** What type of entity is this shareholder?  I _____

**G** Current year allocation percentage . . . 50.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . _____
End of tax year . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . . $ _____
End of tax year . . . . . . . $ _____

**18** ☐ More than one activity for at-risk purposes*
**19** ☐ More than one activity for passive activity purposes*

***** See attached statement for additional information.**

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.  www.irs.gov/Form1120S  REV 03/12/25 Intuit.c  **Schedule K-1 (Form 1120-S) 2024**
BAA

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: Wine Country Store LLC | | Corporation's EIN: 88-3029285 | |
|---|---|---|---|
| Shareholder's name: Benjamin Kleban | | Shareholder's identifying no: ██████ | |

| Shareholder's share of: | 1120S, Line 21 <br> ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | −286,070. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43,823. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . . . | 113,012. | | |
| **Section 199A dividends** . . . . . | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **Section 199A dividends** . . . . . | | | |

REV 03/12/25 Intuit.cg.cfp.sp

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
**2024**

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning  /  / 2024   ending  /  /

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
88-3029285

**B** Corporation's name, address, city, state, and ZIP code
Wine Country Store LLC

1948 Stillwater Dr
Walla Walla WA 99362

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

**D** Corporation's total number of shares
Beginning of tax year . . . . .
End of tax year . . . . . . .

| **Part II** | **Information About the Shareholder** |
|---|---|

**E** Shareholder's identifying number

**F1** Shareholder's name, address, city, state, and ZIP code
Jesse Kleban

1948 Stillwater Dr
Walla Walla WA 99362

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:

TIN _____  Name _____

**F3** What type of entity is this shareholder?  I

**G** Current year allocation percentage . . .  50.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . .
End of tax year . . . . . .

**I** Loans from shareholder
Beginning of tax year . . . . . $
End of tax year . . . . . . $

*For IRS Use Only*

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) −286,070. | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income 2,540. | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . ☐ | |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items | |
| | | A | −103. | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis | |
| | | C | 521. | |
| 10 | Other income (loss) | | | |
| 11 | Section 179 deduction | 17 | Other information | |
| | | A | 2,540. | |
| | | V | * STMT | |
| 12 | Other deductions | | | |

| | | |
|---|---|---|
| 18 | ☐ More than one activity for at-risk purposes* | |
| 19 | ☐ More than one activity for passive activity purposes* | |

* See attached statement for additional information.

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 20 of 62

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: Wine Country Store LLC | | Corporation's EIN: 88-3029285 | |
|---|---|---|---|
| Shareholder's name: Jesse Kleban | | Shareholder's identifying no: ███████ | |

| | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | −286,070. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 43,824. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 113,012. | | |
| **Section 199A dividends** . . . . . | | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| | | | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Section 199A dividends** . . . . . | | | | |

REV 03/12/25 Intuit.cg.cfp.sp

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2024** |
| Department of the Treasury Internal Revenue Service | Attach to your tax return.<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Wine Country Store LLC | Form 1120S Retail sales / web sales | 88-3029285 |

## Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,220,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 3,050,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2023 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2025. Add lines 9 and 10, less line 12 . **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (**Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 82,087. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 0. |

## Part III — MACRS Depreciation (**Don't** include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2024 | **17** | 6,072. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

### Section B—Assets Placed in Service During 2024 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | 54,724. | 10.00 | MQ | 200 DB | 1,368. |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2024 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 89,527. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.      Form **4562** (2024)

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No**   **24b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions **25** | | | | | | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . **28**

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . **29**

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

## Part VI Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2024 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

**43** Amortization of costs that began before your 2024 tax year . . . . . . . . . . . . **43** | 146.

**44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . **44** | 146.

BAA   REV 03/12/25 Intuit.cg.cfp.sp   Form **4562** (2024)

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 23 of 62

Form **8453-CORP**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

# *E-file* Declaration for Corporations

**For use with Form 1120 series returns. Do not file paper copies.**
**Go to *www.irs.gov/Form8453CORP* for the latest information.**

OMB No. 1545-0123

**For calendar year 20** 24, **or tax year beginning** , 20 , **ending** , 20

| Name of corporation | Employer identification number (EIN) |
|---|---|
| Wine Country Store LLC | 88-3029285 |

## Part I — Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . | **2** | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . | **3** | 472,568. |
| 4 | Total income (Form 1120 , line ) . . . . . . . . . . . . . . . . . | **4** | |

## Part II — Declaration of Officer (see instructions) **Be sure to keep a copy of the corporation's tax return.**

**A** ☐ I consent that the corporation's refund be directly deposited as designated on the **Form 8050**, Direct Deposit of Corporate Tax Refund, or Form 8302, Electronic Deposit of Tax Refund of $1 Million or More, that will be electronically transmitted with the corporation's federal income tax return.

**B** ☒ I do not want direct deposit of the corporation's refund **or** the corporation is not receiving a refund.

**C** ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If the corporation is filing a balance due return, I understand that if the IRS does not receive full and timely payment of its tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I have given my electronic return originator (ERO), transmitter, and/or intermediate service provider (ISP) and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's federal income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. I consent to my ERO, transmitter, and/or ISP sending the corporation's return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO, transmitter, and/or ISP an acknowledgment of receipt of transmission and an indication of whether or not the corporation's return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of the corporation's return or refund is delayed, I authorize the IRS to disclose to my ERO, transmitter, and/or ISP the reason(s) for the delay, or when the refund was sent.

**Sign Here**

| *Benjamin Kleban* | 03/16/2025 | Owner |
|---|---|---|
| Signature of officer | Date | Title |

## Part III — Declaration of Electronic Return Originator (ERO) and Paid Preparer (see instructions)

I declare that I have reviewed the above corporation's return and that the entries on Form 8453-CORP are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The corporate officer will have signed this form before I submit the return. I will give the officer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's signature | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | | | EIN | |
| | | | Phone no. | |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** BAA

REV 03/12/25 Intuit.cg.cfp.sp

Form **8453-CORP** (Rev. 12-2024)

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 24 of 62

Corporation's Name: Wine Country Store LLC      Corporation's EIN: 88-3029285

|  | 1120S, Line 21 | | |
| --- | --- | --- | --- |
|  | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
| --- | --- | --- | --- |
| Ordinary business inc (loss) . | -572,140. | | |
| Rental income (loss) . . . . . | | | |
| Royalty income (loss) . . . . . | | | |
| Section 1231 gain (loss) . . . | | | |
| Other income (loss) . . . . . . | | | |
| Section 179 deduction . . . . | | | |
| Other deductions . . . . . . . | | | |
| W-2 wages . . . . . . . . . . | 87,647. | | |
| UBIA of qualified property . . . | 226,024. | | |
| Section 199A dividends . . . . . . . . . . . | | | |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 25 of 62

| Corporation's Name: | Corporation's EIN: |
|---|---|

| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:**<br>QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
| Ordinary business inc (loss) . | | | |
| Rental income (loss) . . . . . | | | |
| Royalty income (loss) . . . . . | | | |
| Section 1231 gain (loss) . . . | | | |
| Other income (loss) . . . . . . | | | |
| Section 179 deduction . . . . | | | |
| Other deductions . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . | | | |
| UBIA of qualified property . . . | | | |
| Section 199A dividends . . . . | | | |

# Additional Information From 2024 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**

**Other Income**                                                                        **Continuation Statement**

| Description | Amount |
|---|---|
| Fuel supplier incentives | 350,185. |
| **Total** | 350,185. |

**Form 1120S: S-Corporation Tax Return**

**Other Deductions**                                                                    **Continuation Statement**

| Description | Amount |
|---|---|
| Accounting | 3,707. |
| Amortization | 146. |
| Bank charges | 563. |
| Dues and subscriptions | 435. |
| Insurance | 15,246. |
| Legal and professional | 23,733. |
| Office expense | 468. |
| Supplies | 1,930. |
| Training/continuing education | 14. |
| Utilities | 15,660. |
| Other business expense | 534,348. |
| Internet | 2,100. |
| General business expenses | 24,673. |
| Prior year adjustment | 15,503. |
| **Total** | 638,526. |

**Form 1120S: S-Corporation Tax Return**

**M-1, Line 3, Expenses Recorded on Books, Not Included on Schedule K-1**                              **Continuation Statement**

| Description | Amount |
|---|---|
| Life insurance premiums | 1,041. |
| Amortization | 3,687. |
| **Total** | 4,728. |

Debtor name     **Wine Country Store LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WASHINGTON

Case number (if known)     _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■     *Schedule H: Codebtors* (Official Form 206H)

■     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐     Amended *Schedule* _____

■     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 14, 2026**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Benjamin Kleban**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wine Country Store LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express PO Box 60189 City of Industry, CA 91716-0189** | **Legal Order Processing** **amexsru@aexp.com** **Fax: 772-360-4756** | **Amazon Business Prime Card** | | | | **$11,409.36** |
| **Bank of America, N.A. PO Box 660441 Dallas, TX 75266-0441** | **Small Business Customer Service** **SmallBus.Documents@bankofamerica.com** **Fax: (800) 435-0051** | **Business Advantage credit card** | | | | **$8,492.03** |
| **Banner Bank 1 S 1st Avenue Walla Walla, WA 99362-1942** | **Ryan Allstot** **ryan.allstot@bannerbank.com** | **7 E Rose Street, Walla Walla, WA 99362** | | **$1,755,134.96** | **$325,000.00** | **$1,430,134.96** |
| **Clean Harbors Env'l Servs., Inc. 42 Longwater Drive Norwell, MA 02061-1612** | **Brandon Lowy** **lowy.brandon@cleanharbors.com** | **Services contract** | | | | **$13,500.00** |
| **Geosyntec Consultants, Inc. 801 5th Avenue, Suite 2200 Seattle, WA 98104** | **Delia Massey** **delia.massey@geosyntec.com** | **Services contract** | | | | **$3,053.44** |
| **JPMorgan Chase Bank, N.A. PO Box 15123 Wilmington, DE 19850** | **Court Orders & Levies** **Fax: 1-866-699-0618** | **Chase Ultimate Rewards credit card** | | | | **$34,460.07** |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 29 of 62

Debtor **Wine Country Store LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lowden Schoolhouse Corporation 41 Lowden School Rd. Lowden, WA 99360** | **Marty Clubb** **marty@lecole.com** | **Payment demand** | **Contingent Unliquidated Disputed** | | | **$36,699.62** |
| **Mansion Creek Cellars LLC 173 Middle Waitsburg Road Bldg. C, Suite 120-C Walla Walla, WA 99362** | **Michael A. Spence** **mspence@helsell.com** | **Payment demand** | **Contingent Unliquidated Disputed** | | | **$20,076.12** |
| **Reata Ranches Ltd. Co. 186 Vinehill Drive Walla Walla, WA 99362** | **James Bulthuis** **James@EverPropLaw.com** | **Payment demand** | **Contingent Unliquidated Disputed** | | | **$64,999.75** |
| **U.S. Coast Guard 2703 Martin Luther King Jr Ave SE Washington, DC 20593-7605** | **John Hahn** **john.k.hahn@uscg.mil** | **Estimated Costs for Federal Project UCGPE23008** | | | | **$4,022.88** |
| **WA State Dep't of Ecology Toxics Cleanup Program 4601 North Monroe St. Spokane, WA 99205** | **Nhi Irwin** **nhi.irwin@ecy.wa.gov** | **Facility Site ID 70525886, Cleanup Site ID 16913** | | | | **$698,077.65** |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 30 of 62

**Fill in this information to identify the case:**

Debtor name    **Wine Country Store LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*..............................................................................................    $ **325,000.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................................    $ **304,208.93**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..............................................................................................    $ **629,208.93**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ **1,755,134.96**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ **894,790.92**

4. **Total liabilities** .................................................................................................................................
Lines 2 + 3a + 3b    $ **2,649,925.88**

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 31 of 62

**Fill in this information to identify the case:**

Debtor name  **Wine Country Store LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$2,390.32** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **U.S. Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | **Business Checking** | **8440** | **$53,194.85** |

4. **Other cash equivalents** *(Identify all)*

| | Current value |
|---|---|
| 4.1.  **Christensen, Inc. A/R account, Customer # 1006735 - Credit card receipts; pays fuel invoices and supplier fees. Account is currently at -$29,744.81 due to a recent gas invoice issued on 4/09/2026, which amount will be paid against future receipts.** | **$0.00** |

5. **Total of Part 1.** | **$55,585.17** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:          Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  **Bush Kornfeld LLP**<br>**601 Union Street, Suite 5000**<br>**Seattle, WA 98101** | **$130,746.41** |

| Debtor | **Wine Country Store LLC** | Case number *(If known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

**Bankruptcy counsel legal retainer**

**CBRE, Inc.**
**1420 Fifth Avenue, Suite 3800**
**Seattle, WA 98101**

| 7.2. | **Retainer for litigation support services** | **$2,250.00** |
|------|---------------------------------------------|---------------|

**United Natural Foods, Inc.**
**15 Park Row W, Suite 302**
**Providence, RI 02903-1184**

| 7.3. | **Vendor deposit** | **$2,000.00** |
|------|-------------------|---------------|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment
**Elliot, Powell, Baden & Baker Inc.**
**1521 SW Salmon Street**
**Portland, OR 97205**

| 8.1. | **Pollution liability insurance** | **$3,353.85** |
|------|----------------------------------|---------------|

**Anderson & Black Insurance LLC**
**16403 Broadway Avenue**
**Snohomish, WA 98296**

| 8.2. | **General liability insurance** | **$2,795.80** |
|------|--------------------------------|---------------|

9. **Total of Part 2.** **$141,146.06**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **468.75** - **0.00** = .... **$468.75**
face amount        doubtful or uncollectible accounts

12. **Total of Part 3.** **$468.75**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 33 of 62

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** <br> **Fuel inventory** | 03/31/2026 | $41,383.62 | Recent cost | $41,383.62 |
| 22. **Other inventory or supplies** <br> **Store inventory** | 01/16/2025 | $64,863.33 | Recent cost | $64,863.33 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    $106,246.95

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value    47,390.02    Valuation method    **Cost**    Current Value    47,390.02

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office desk and chair** | $250.00 | Replacement | $250.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and** | | | |

**communication systems equipment and software**
**Computer, monitors, printer**                    $512.00        Replacement                    $512.00

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                    $762.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Digital gas price sign (value included in real property value (Schedule A/B #55))** | $41,267.25 | Appraisal | $0.00 |
| **Convenience store furniture and fixtures (counters, shelving, etc.) (value included in real property value (Schedule A/B #55))** | $192,771.38 | Appraisal | $0.00 |
| **Convenience store tools, machinery and equipment (value included in real property value (Schedule A/B #55))** | $16,882.66 | Appraisal | $0.00 |
| **Equipment for gasoline underground storage tanks (value included in real property value (Schedule A/B #55))** | $318,960.89 | Appraisal | $0.00 |

51. **Total of Part 8.**                                                                    $0.00
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property and improvements located at 7 E Rose Street, Walla Walla, WA 99362.**<br><br>**CBRE September 29, 2025 Appraisal Market Value Conclusions: (i) As Is: $0 (contaminated and requires remediation); and (ii) Hypothetical As If Clean: $600,000.** | Fee simple | | Appraisal | $325,000.00 |

56. **Total of Part 9.** | **$325,000.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

26-00697-WLH11  Doc 1  Filed 04/14/26  Entered 04/14/26 12:51:16  Pg 36 of 62

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** www.winecountrystore.com | $1,753.03 | Replacement | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
■ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 37 of 62

Debtor  **Wine Country Store LLC**  Case number *(If known)* _____
Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $55,585.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $141,146.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $468.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $106,246.95 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $762.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $325,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $304,208.93 | + 91b. $325,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $629,208.93 |

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 38 of 62

**Fill in this information to identify the case:**

Debtor name   **Wine Country Store LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**     **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Banner Bank**<br>Creditor's Name<br><br><br>**1 S 1st Avenue**<br>**Walla Walla, WA**<br>**99362-1942**<br>Creditor's mailing address<br><br>**ryan.allstot@bannerbank.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/20/2022**<br>**Last 4 digits of account number**<br>**7301**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Banner Bank**<br>**2. U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien**<br>**Real property and improvements located at 7 E Rose Street, Walla Walla, WA 99362.**<br><br>**CBRE September 29, 2025 Appraisal Market Value Conclusions: (i) As Is: $0 (contaminated and requires remediation); and (ii) Hypothetical As If Clean: $600,000.**<br><br>**Describe the lien**<br>**SBA Security Agreement & Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,755,134.96** | **$325,000.00** |
| **2.2** **Christensen, Inc.**<br>Creditor's Name<br><br><br>**1060 Jadwin Avenue**<br>**Richland, WA 99352**<br>Creditor's mailing address<br><br>**rachel.peterson@christensenusa.com** | **Describe debtor's property that is subject to a lien**<br>**All inventory now owned or later acquired or purchased from secured party; all motor fuel and petroleum products supplied by secured party; all equipment furnished by secured party or acquired with funds provided by secured party.**<br><br>**Describe the lien**<br>**Security interest**<br>**Is the creditor an insider or related party?**<br>■ No | **$0.00** | **$41,383.62** |

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 39 of 62

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/20/2022**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6735**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.3** | **U.S. Dep't of Treasury** | Describe debtor's property that is subject to a lien | $0.00 $0.00 |

Creditor's Name

**c/o Coast Professional Inc.**
**PO Box 246**
**Geneseo, NY 14454**
Creditor's mailing address

**Describe the lien**
**Notice only**
**Is the creditor an insider or related party?**

**coast@coastprofessional.com**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2509**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.4** | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $0.00 $325,000.00 |

Creditor's Name

**Real property and improvements located at 7 E Rose Street, Walla Walla, WA 99362.**

**CBRE September 29, 2025 Appraisal Market Value Conclusions: (i) As Is: $0 (contaminated and requires remediation); and (ii) Hypothetical As If Clean: $600,000.**

**PO Box 3918**
**Portland, OR 97208**
Creditor's mailing address

**Describe the lien**
**SBA Security Agreement**
**Is the creditor an insider or related party?**

**Julian.king@sba.gov**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**10/20/2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9107**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Wine Country Store LLC**
Name

Case number (if known) _____

- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,755,134.96

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Davis Wright Tremaine LLP**<br>**Attn: Lauren A. Dorsett**<br>**920 Fifth Avenue, Suite 3300**<br>**Seattle, WA 98104-1610** | Line __2.1__ | |
| **U.S. Dep't of Treasury**<br>**Bureau of Fiscal Service**<br>**PO Box 830794**<br>**Birmingham, AL 35283-0794** | Line __2.3__ | **4307** |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 41 of 62

Debtor name **Wine Country Store LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**City of Walla Walla**
**15 N 3rd Avenue**
**Walla Walla, WA 99362-1859**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Ops.**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Federal Income Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

26-00697-WLH11   Doc 1   Filed 04/14/26   Entered 04/14/26 12:51:16   Pg 42 of 62

| Debtor | **Wine Country Store LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address **WA Dep't of Revenue Bankruptcy/Claims Unit 2101 4th Ave, Suite 1400 Seattle, WA 98121-2300** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 $0.00 |

Date or dates debt was incurred

Basis for the claim: **B&O and Sales Taxes**

Last 4 digits of account number **2281**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address **WA Employment Security Dep't PO Box 9046 Olympia, WA 98507-9046** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 $0.00 |

Date or dates debt was incurred

Basis for the claim: **State Unemployment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address **WA State Dep't of Labor & Indus. PO Box 44171 Olympia, WA 98504-4171** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 $0.00 |

Date or dates debt was incurred

Basis for the claim: **Workers' Compensation taxes and premiums (Industrial Insurance)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address **Walla Walla County Treasurer 500 W Main St Walla Walla, WA 99362** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 $0.00 |

Date or dates debt was incurred

Basis for the claim: **Property Taxes**

Last 4 digits of account number **2673**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

26-00697-WLH11     Doc 1     Filed 04/14/26     Entered 04/14/26 12:51:16     Pg 43 of 62

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 60189**<br>**City of Industry, CA 91716-0189** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,409.36** |

Date(s) debt was incurred _

Last 4 digits of account number  **1004**

Basis for the claim:  **Amazon Business Prime Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Bank of America, N.A.**<br>**PO Box 660441**<br>**Dallas, TX 75266-0441** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,492.03** |

Date(s) debt was incurred _

Last 4 digits of account number  **1169**

Basis for the claim:  **Business Advantage credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**City of Walla Walla**<br>**15 N 3rd Avenue**<br>**Walla Walla, WA 99362-1859** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number  **9860**

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Clean Harbors Env'l Servs., Inc.**<br>**42 Longwater Drive**<br>**Norwell, MA 02061-1612** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,500.00** |

Date(s) debt was incurred  **1/06/2026**

Last 4 digits of account number  **5194**

Basis for the claim:  **Services contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Columbia Hospitality, Inc.**<br>**6 W Rose Street**<br>**Walla Walla, WA 99362** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Geosyntec Consultants, Inc.**<br>**801 5th Avenue, Suite 2200**<br>**Seattle, WA 98104** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,053.44** |

Date(s) debt was incurred _

Last 4 digits of account number  **442A**

Basis for the claim:  **Services contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**JPMorgan Chase Bank, N.A.**<br>**PO Box 15123**<br>**Wilmington, DE 19850** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,460.07** |

Date(s) debt was incurred _

Last 4 digits of account number  **7758**

Basis for the claim:  **Chase Ultimate Rewards credit card**

Is the claim subject to offset? ■ No ☐ Yes

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 44 of 62

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,699.62 |

**Lowden Schoolhouse Corporation**
**41 Lowden School Rd.**
**Lowden, WA 99360**

**Date(s) debt was incurred** 11/09/2023

**Last 4 digits of account number** 7275

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Payment demand**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,076.12 |

**Mansion Creek Cellars LLC**
**173 Middle Waitsburg Road**
**Bldg. C, Suite 120-C**
**Walla Walla, WA 99362**

**Date(s) debt was incurred** 2/06/2024

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Payment demand**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marcus Whitman Holdings LLC**
**6 W Rose Street**
**Walla Walla, WA 99362**

**Date(s) debt was incurred** 10/19/2023

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pacific Power**
**PO Box 26000**
**Portland, OR 97256-0001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,999.75 |

**Reata Ranches Ltd. Co.**
**186 Vinehill Drive**
**Walla Walla, WA 99362**

**Date(s) debt was incurred** 10/23/2023

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Payment demand**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SimpliSafe, Inc.**
**100 Summer Street, 3rd Floor**
**Boston, MA 02110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 938E

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Spectrum Business**
**4145 S Falkenburg Road**
**Riverview, FL 33578-8652**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** <br> **U.S. Coast Guard** <br> **2703 Martin Luther King Jr Ave SE** <br> **Washington, DC 20593-7605** <br><br> **Date(s) debt was incurred  11/26/2025** <br><br> **Last 4 digits of account number  3008** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Estimated Costs for Federal Project UCGPE23008** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$4,022.88** |

| 3.16 | **Nonpriority creditor's name and mailing address** <br> **United States Postal Service** <br> **475 L'Enfant Plaza SW** <br> **Office 6606** <br> **Washington, DC 20260** <br><br> **Date(s) debt was incurred  10/12/2023** <br><br> **Last 4 digits of account number  _** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:  Notice only** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.17 | **Nonpriority creditor's name and mailing address** <br> **WA State Dep't of Ecology** <br> **Toxics Cleanup Program** <br> **4601 North Monroe St.** <br> **Spokane, WA 99205** <br><br> **Date(s) debt was incurred  _** <br><br> **Last 4 digits of account number  0949** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Facility Site ID 70525886, Cleanup Site ID 16913** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$698,077.65** |

| 3.18 | **Nonpriority creditor's name and mailing address** <br> **WA State Dep't of Ecology** <br> **Spills & Cleanup Division** <br> **4601 North Monroe St.** <br> **Spokane, WA 99205** <br><br> **Date(s) debt was incurred  _** <br><br> **Last 4 digits of account number  5438** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Notice only** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express** <br> **PO Box 981535** <br> **El Paso, TX 79998-1535** | Line **3.1** <br><br> ☐  Not listed. Explain ____ | **1004** |
| 4.2 | **Aspect Consulting** <br> **350 Madison Ave. N** <br> **Bainbridge Island, WA 98110** | Line **3.6** <br><br> ☐  Not listed. Explain ____ | **442A** |
| 4.3 | **Bank of America, N.A.** <br> **Attn: Bankruptcy Department** <br> **475 Cross Point Pkwy.** <br> **Getzville, NY 14068-9000** | Line **3.2** <br><br> ☐  Not listed. Explain ____ | **1169** |
| 4.4 | **Bank of America, N.A.** <br> **100 North Tryon Street** <br> **NC1-007-56-06** <br> **Charlotte, NC 28255** | Line **3.2** <br><br> ☐  Not listed. Explain ____ | **1169** |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 46 of 62

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Columbia Hospitality, Inc.**<br>**2200 Alaskan Way, Suite 200**<br>**Seattle, WA 98121-3602** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Howard F. Jensen**<br>**Veris Law Group PLLC**<br>**1809 Seventh Ave., Suite 1400**<br>**Seattle, WA 98101** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **James Bulthuis**<br>**Evergreen Property Law PLLC**<br>**23403 E Mission Ave., Suite 200F**<br>**Liberty Lake, WA 99019** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **JPMorgan Chase Bank, N.A.**<br>**Mail Code LA2-7200**<br>**1414 Woodward Avenue**<br>**Ruston, LA 71270-2015** | Line **3.7**<br><br>☐ Not listed. Explain ____ | **7758** |
| 4.9 | **Ken Lederman**<br>**McCullough Hill PLLC**<br>**701 Fifth Avenue, Suite 6600**<br>**Seattle, WA 98104** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Lowden Schoolhouse Corporation**<br>**PO Box 111**<br>**Lowden, WA 99360-0111** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **7275** |
| 4.11 | **Mansion Creek Cellars LLC**<br>**PO Box 3266**<br>**Walla Walla, WA 99362-0366** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Marcus Whitman Holdings LLC**<br>**2200 Alaskan Way, Suite 200**<br>**Seattle, WA 98121-3602** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Michael A. Spence**<br>**Helsell Fetterman LLP**<br>**800 Fifth Avenue, Suite 3200**<br>**Seattle, WA 98104** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Pacific Power**<br>**PO Box 400**<br>**Portland, OR 97207** | Line **3.11**<br><br>☐ Not listed. Explain ____ | **0015** |
| 4.15 | **Reata Ranches Ltd. Co.**<br>**76122 Colonial Road**<br>**Hermiston, OR 97838** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **United States Postal Service**<br>**Attn: Davon Michael Collins**<br>**475 L'Enfant Plaza SW, Office 6606**<br>**Washington, DC 20260-1101** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ _____ 894,790.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 894,790.92 |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 48 of 62

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name    **Wine Country Store LLC** | |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **ATM Site Agreement** | |
| State the term remaining | **21 months** | **Cash Money ATMs LLC** |
| List the contract number of any government contract | | **1242 State Ave, Suite I-270** |
| | | **Marysville, WA 98270** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Product Sales Agreement; Cardlock Distribution Agreement** | |
| State the term remaining | **8 years** | **Christensen, Inc.** |
| List the contract number of any government contract | | **1060 Jadwin Avenue** |
| | | **Richland, WA 99352** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Sale and Service Agreement for back office software** | |
| State the term remaining | | **Compatible Technology & Security** |
| List the contract number of any government contract | | **8130 Capwell Drive** |
| | | **Oakland, CA 94621** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Contract for Retailers for Washington Lottery sales** | |
| State the term remaining | | **Washington Lottery** |
| List the contract number of any government contract | | **PO Box 43000** |
| | | **Olympia, WA 98504** |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 49 of 62

Debtor name  **Wine Country Store LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Benjamin Kleban** | **1948 Stillwater Drive** <br> **Walla Wall, WA 99362** | **Banner Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Benjamin Kleban** | **1948 Stillwater Drive** <br> **Walla Wall, WA 99362** | **U.S. Small Business Administration** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Benjamin Kleban** | **1948 Stillwater Drive** <br> **Walla Wall, WA 99362** | **Reata Ranches Ltd. Co.** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.4 **Jesse Kleban** | **1948 Stillwater Drive** <br> **Walla Walla, WA 99362** | **Banner Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Jesse Kleban** | **1948 Stillwater Drive** <br> **Walla Walla, WA 99362** | **U.S. Small Business Administration** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 50 of 62

| Debtor | Wine Country Store LLC | Case number (if known) | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Benjamin Kleban**  1948 Stillwater Drive  Walla Wall, WA 99362 | **Christensen, Inc.** | ☐ D _____  ☐ E/F _____  ■ G __2.2__ |
| 2.7 | **Jesse Kleban**  1948 Stillwater Drive  Walla Walla, WA 99362 | **Christensen, Inc.** | ☐ D _____  ☐ E/F _____  ■ G __2.2__ |

26-00697-WLH11    Doc 1    Filed 04/14/26    Entered 04/14/26 12:51:16    Pg 51 of 62

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Wine Country Store LLC** _____  Case No. _____

Debtor(s)  Chapter  **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benjamin Kleban**<br>**1948 Stillwater Drive**<br>**Walla Walla, WA 99362** | **Member** | **50%** | **Membership** |
| **Jesse Kleban**<br>**1948 Stillwater Drive**<br>**Walla Walla, WA 99362** | **Member** | **50%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 14, 2026** _____  Signature _____

**Benjamin Kleban**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Wine Country Store LLC** _____    Case No. _____

Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 14, 2026** _____        _____

**Benjamin Kleban/Manager**
Signer/Title

Wine Country Store LLC
1948 Stillwater Drive
Walla Walla, WA 99362-8827


Richard B. Keeton
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


American Express
PO Box 60189
City of Industry, CA 91716-0189


American Express
PO Box 981535
El Paso, TX 79998-1535


Aspect Consulting
350 Madison Ave. N
Bainbridge Island, WA 98110

Bank of America, N.A.
PO Box 660441
Dallas, TX 75266-0441


Bank of America, N.A.
Attn: Bankruptcy Department
475 Cross Point Pkwy.
Getzville, NY 14068-9000


Bank of America, N.A.
100 North Tryon Street
NC1-007-56-06
Charlotte, NC 28255


Banner Bank
1 S 1st Avenue
Walla Walla, WA 99362-1942


Benjamin Kleban
1948 Stillwater Drive
Walla Wall, WA 99362


Cash Money ATMs LLC
1242 State Ave, Suite I-270
Marysville, WA 98270


Christensen, Inc.
1060 Jadwin Avenue
Richland, WA 99352


City of Walla Walla
15 N 3rd Avenue
Walla Walla, WA 99362-1859

Clean Harbors Env'l Servs., Inc.
42 Longwater Drive
Norwell, MA 02061-1612


Columbia Hospitality, Inc.
6 W Rose Street
Walla Walla, WA 99362


Columbia Hospitality, Inc.
2200 Alaskan Way, Suite 200
Seattle, WA 98121-3602


Compatible Technology & Security
8130 Capwell Drive
Oakland, CA 94621


Davis Wright Tremaine LLP
Attn: Lauren A. Dorsett
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610


Geosyntec Consultants, Inc.
801 5th Avenue, Suite 2200
Seattle, WA 98104


Howard F. Jensen
Veris Law Group PLLC
1809 Seventh Ave., Suite 1400
Seattle, WA 98101


Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19101-7346

James Bulthuis
Evergreen Property Law PLLC
23403 E Mission Ave., Suite 200F
Liberty Lake, WA 99019


Jesse Kleban
1948 Stillwater Drive
Walla Walla, WA 99362


JPMorgan Chase Bank, N.A.
PO Box 15123
Wilmington, DE 19850


JPMorgan Chase Bank, N.A.
Mail Code LA2-7200
1414 Woodward Avenue
Ruston, LA 71270-2015


Ken Lederman
McCullough Hill PLLC
701 Fifth Avenue, Suite 6600
Seattle, WA 98104


Lowden Schoolhouse Corporation
41 Lowden School Rd.
Lowden, WA 99360


Lowden Schoolhouse Corporation
PO Box 111
Lowden, WA 99360-0111


Mansion Creek Cellars LLC
173 Middle Waitsburg Road
Bldg. C, Suite 120-C
Walla Walla, WA 99362

Mansion Creek Cellars LLC
PO Box 3266
Walla Walla, WA 99362-0366


Marcus Whitman Holdings LLC
6 W Rose Street
Walla Walla, WA 99362


Marcus Whitman Holdings LLC
2200 Alaskan Way, Suite 200
Seattle, WA 98121-3602


Michael A. Spence
Helsell Fetterman LLP
800 Fifth Avenue, Suite 3200
Seattle, WA 98104


Pacific Power
PO Box 26000
Portland, OR 97256-0001


Pacific Power
PO Box 400
Portland, OR 97207


Reata Ranches Ltd. Co.
186 Vinehill Drive
Walla Walla, WA 99362


Reata Ranches Ltd. Co.
76122 Colonial Road
Hermiston, OR 97838


SimpliSafe, Inc.
100 Summer Street, 3rd Floor
Boston, MA 02110

Spectrum Business
4145 S Falkenburg Road
Riverview, FL 33578-8652


U.S. Bank
PO Box 1800
Saint Paul, MN 55101-0800


U.S. Coast Guard
2703 Martin Luther King Jr Ave SE
Washington, DC 20593-7605


U.S. Dep't of Treasury
c/o Coast Professional Inc.
PO Box 246
Geneseo, NY 14454


U.S. Dep't of Treasury
Bureau of Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794


U.S. Small Business Administration
PO Box 3918
Portland, OR 97208


United States Postal Service
475 L'Enfant Plaza SW
Office 6606
Washington, DC 20260


United States Postal Service
Attn: Davon Michael Collins
475 L'Enfant Plaza SW, Office 6606
Washington, DC 20260-1101

WA Dep't of Revenue
Bankruptcy/Claims Unit
2101 4th Ave, Suite 1400
Seattle, WA 98121-2300


WA Employment Security Dep't
PO Box 9046
Olympia, WA 98507-9046


WA State Dep't of Ecology
Toxics Cleanup Program
4601 North Monroe St.
Spokane, WA 99205


WA State Dep't of Ecology
Spills & Cleanup Division
4601 North Monroe St.
Spokane, WA 99205


WA State Dep't of Labor & Indus.
PO Box 44171
Olympia, WA 98504-4171


Walla Walla County Treasurer
500 W Main St
Walla Walla, WA 99362


Washington Lottery
PO Box 43000
Olympia, WA 98504

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Wine Country Store LLC** _____     Case No. _____

                Debtor(s)      Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wine Country Store LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 14, 2026** _____

Date

**/s/ Richard B. Keeton** _____

**Richard B. Keeton**

Signature of Attorney or Litigant

Counsel for   **Wine Country Store LLC** _____

**Bush Kornfeld LLP**

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**rkeeton@bskd.com**